Buffin, J.
 

 There have been so many cases holding, that “increase” annexed to the gift of a female slave does
 
 notper se,
 
 pass her issue, before the testator’s death, as to make the doctrine familiar to the whole profession. But the Court has readily looked to any tjhing in the will tending to show that “increase” was used in a more enlarged sense, and allowed it to control the meaning, if it could control it.
 
 We
 
 should be quite willing to do so here, if we could; for a Judge may personally suppose that the testator meant the largest gift to his son James. But that is conjecture, merely, formed on collateral circumstances, and not on any thing the testator has said in his will, either directly, as declaring his intention, or indirectly, as declaring a fact from which the intention might be inferred. There is, indeed, in this will, a peculiarity, as it gives “Till’s increase of this my will,” and the Court considered much, whether any thing could be made of that mode of expression. It cannot, we believe. If the word, instead of
 
 *441
 
 being
 
 of,\
 
 bad been after, it would have been clear enough; and the Court would be quite willing to read the will thus, if any reason could be given for it. One word may be substituted for another, to effectuate an apparent intent. But one word cannot be thus substituted, in order, first, to create an intent, and then to execute it. The increase “ of my will,” is insensible, and must remain so, unless it be supposed that
 
 after
 
 was left out, and
 
 of
 
 put in by mistake. But, as was just said, no good reason can be assigned for that supposition, except barely, that
 
 after
 
 would make sense; and that is not sufficient to show that such was the sense meant by the testator.
 

 The Court, therefore, concludes, though with some reluctance, that the issue of Till, in the testator’s time, are, after the death of the widow, subject to distribution amongst those entitled under the statute of distributions; and, for the purpose of distribution, there may be a decree for a sale by the executors, on the usual credit and an account. The fund must pay the costs.
 

 Per Curiam, Decree accordingly.